**SERENITY DAY SPA**

5312

Employee
Lisa M Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902

SSN
***-**-8644

Pay Period: 02/05/2022 - 02/18/2022          Pay Date: 02/19/2022

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 31:53 | 15.00 | 478.25 | 1,381.50 |
| Commissions - Product | 2.40 | 1.00 | 2.40 | 2.40 |
| Commissions - Services | 1,486.50 | 1.00 | 1,486.50 | 5,285.13 |
|  | 31:53 |  | 1,967.15 | 6,669.03 |

| Net Pay | | 1,356.71 | 4,608.54 |
|---|---|---|---|

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Simple IRA Co. Match-OP | 59.01 | 200.06 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple Pension Plan-OP | -157.37 | -533.52 |
| Ind Short Term Disability | -28.52 | -114.08 |
|  | -185.89 | -647.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -8.00 |
| Local Withheld | -19.67 | -66.69 |
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | -193.00 | -628.00 |
| Social Security Employee | -120.20 | -406.41 |
| Medicare Employee | -28.11 | -95.05 |
| PA - Withholding | -60.39 | -204.74 |
| PA - Unemployment Employee | -1.18 | -4.00 |
|  | -424.55 | -1,412.89 |

SERENITY DAY SPA & WELLNESS CENTER, 64 EAST SWAMP ROAD, PA 18901

**SERENITY DAY SPA**

5312

Employee
Lisa M Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902

SSN
***-**-8644

Pay Period: 02/05/2022 - 02/18/2022          Pay Date: 02/19/2022

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 31:53 | 15.00 | 478.25 | 1,381.50 |
| Commissions - Product | 2.40 | 1.00 | 2.40 | 2.40 |
| Commissions - Services | 1,486.50 | 1.00 | 1,486.50 | 5,285.13 |
|  | 31:53 |  | 1,967.15 | 6,669.03 |

| Net Pay | | 1,356.71 | 4,608.54 |
|---|---|---|---|

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Simple IRA Co. Match-OP | 59.01 | 200.06 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple Pension Plan-OP | -157.37 | -533.52 |
| Ind Short Term Disability | -28.52 | -114.08 |
|  | -185.89 | -647.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -8.00 |
| Local Withheld | -19.67 | -66.69 |
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | -193.00 | -628.00 |
| Social Security Employee | -120.20 | -406.41 |
| Medicare Employee | -28.11 | -95.05 |
| PA - Withholding | -60.39 | -204.74 |
| PA - Unemployment Employee | -1.18 | -4.00 |
|  | -424.55 | -1,412.89 |

SERENITY DAY SPA & WELLNESS CENTER, 64 EAST SWAMP ROAD, PA 18901

LMP100    M/P CHECK

**SERENITY DAY SPA**                                                                                                       5293

Employee
Lisa M Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902

SSN
***-**-8644

Pay Period: 01/22/2022 - 02/04/2022        Pay Date: 02/05/2022

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 27:20 | 15.00 | 410.00 | 903.25 |
| Commissions - Services | 1,265.13 | 1.00 | 1,265.13 | 3,798.63 |
| | 27:20 | | 1,675.13 | 4,701.88 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Simple IRA Co. Match-OP | 50.25 | 141.05 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple Pension Plan-OP | -134.01 | -376.15 |
| Ind Short Term Disability | -28.52 | -85.56 |
| | -162.53 | -461.71 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -6.00 |
| Local Withheld | -16.75 | -47.02 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -157.00 | -435.00 |
| Social Security Employee | -102.09 | -286.21 |
| Medicare Employee | -23.88 | -66.94 |
| PA - Withholding | -51.43 | -144.35 |
| PA - Unemployment Employee | -1.00 | -2.82 |
| | -354.15 | -988.34 |

Net Pay                                       1,158.45        3,251.83

SERENITY DAY SPA & WELLNESS CENTER, 64 EAST SWAMP ROAD, PA 18901

**SERENITY DAY SPA**                                                                                                       5293

Employee
Lisa M Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902

SSN
***-**-8644

Pay Period: 01/22/2022 - 02/04/2022        Pay Date: 02/05/2022

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 27:20 | 15.00 | 410.00 | 903.25 |
| Commissions - Services | 1,265.13 | 1.00 | 1,265.13 | 3,798.63 |
| | 27:20 | | 1,675.13 | 4,701.88 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Simple IRA Co. Match-OP | 50.25 | 141.05 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple Pension Plan-OP | -134.01 | -376.15 |
| Ind Short Term Disability | -28.52 | -85.56 |
| | -162.53 | -461.71 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -6.00 |
| Local Withheld | -16.75 | -47.02 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -157.00 | -435.00 |
| Social Security Employee | -102.09 | -286.21 |
| Medicare Employee | -23.88 | -66.94 |
| PA - Withholding | -51.43 | -144.35 |
| PA - Unemployment Employee | -1.00 | -2.82 |
| | -354.15 | -988.34 |

Net Pay                                       1,158.45        3,251.83

SERENITY DAY SPA & WELLNESS CENTER, 64 EAST SWAMP ROAD, PA 18901

LMP100    M/P CHECK

**5275**

**SERENITY DAY SPA**

Employee
Lisa M Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902

SSN
***-**-8644
Pay Period: 01/08/2022 - 01/21/2022

Pay Date: 01/22/2022

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 23:58 | 15.00 | 359.50 | 493.25 |
| Commissions - Services | 1,252.50 | 1.00 | 1,252.50 | 2,533.50 |
|  | 23:58 |  | 1,612.00 | 3,026.75 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Simple IRA Co. Match-OP | 48.36 | 90.80 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple Pension Plan-OP | -128.96 | -242.14 |
| Ind Short Term Disability | -28.52 | -57.04 |
|  | -157.48 | -299.18 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -4.00 |
| Local Withheld | -16.12 | -30.27 |
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | -150.00 | -278.00 |
| Social Security Employee | -98.17 | -184.12 |
| Medicare Employee | -22.96 | -43.06 |
| PA - Withholding | -49.49 | -92.92 |
| PA - Unemployment Employee | -0.97 | -1.82 |
|  | -339.71 | -634.19 |

| Net Pay | 1,114.81 | 2,093.38 |
|---|---|---|

5275

Employee
Lisa M Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902

SSN
***-**-8644

Pay Period: 01/08/2022 - 01/21/2022

Pay Date: 01/22/2022

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 23:58 | 15.00 | 359.50 | 493.25 |
| Commissions - Services | 1,252.50 | 1.00 | 1,252.50 | 2,533.50 |
|  | 23:58 |  | 1,612.00 | 3,026.75 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Simple IRA Co. Match-OP | 48.36 | 90.80 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple Pension Plan-OP | -128.96 | -242.14 |
| Ind Short Term Disability | -28.52 | -57.04 |
|  | -157.48 | -299.18 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -4.00 |
| Local Withheld | -16.12 | -30.27 |
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | -150.00 | -278.00 |
| Social Security Employee | -98.17 | -184.12 |
| Medicare Employee | -22.96 | -43.06 |
| PA - Withholding | -49.49 | -92.92 |
| PA - Unemployment Employee | -0.97 | -1.82 |
|  | -339.71 | -634.19 |

| Net Pay | | |
|---|---|---|
|  | 1,114.81 | 2,093.38 |

SERENITY DAY SPA & WELLNESS CENTER, 64 EAST SWAMP ROAD, PA 18901

LMP100    M/P CHECK

## SERENITY DAY SPA

**5257**

**Employee**
Lisa M Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902

SSN ***-**-8644
Pay Period: 12/25/2021 - 01/07/2022
Pay Date: 01/08/2022

### Earnings and Hours

| | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 8:55 | 15.00 | 133.75 | 133.75 |
| Commissions - Services | 1,281.00 | 1.00 | 1,281.00 | 1,281.00 |
| | 8:55 | | 1,414.75 | 1,414.75 |

### Deductions From Gross

| | Current | YTD Amount |
|---|---|---|
| Simple Pension Plan-OP | -113.18 | -113.18 |
| Ind Short Term Disability | -28.52 | -28.52 |
| | -141.70 | -141.70 |

### Taxes

| | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -2.00 |
| Local Withheld | -14.15 | -14.15 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -128.00 | -128.00 |
| Social Security Employee | -85.95 | -85.95 |
| Medicare Employee | -20.10 | -20.10 |
| PA - Withholding | -43.43 | -43.43 |
| PA - Unemployment Employee | -0.85 | -0.85 |
| | -294.48 | -294.48 |

**Net Pay** 978.57  978.57

| | Current | YTD Amount |
|---|---|---|
| Non-taxable Company Items | | |
| Simple IRA Co. Match-OP | 42.44 | 42.44 |

SERENITY DAY SPA & WELLNESS CENTER, 64 EAST SWAMP ROAD, PA 18901

---

## SERENITY DAY SPA

**5257**

**Employee**
Lisa M Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902

SSN ***-**-8644
Pay Period: 12/25/2021 - 01/07/2022
Pay Date: 01/08/2022

### Earnings and Hours

| | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 8:55 | 15.00 | 133.75 | 133.75 |
| Commissions - Services | 1,281.00 | 1.00 | 1,281.00 | 1,281.00 |
| | 8:55 | | 1,414.75 | 1,414.75 |

### Deductions From Gross

| | Current | YTD Amount |
|---|---|---|
| Simple Pension Plan-OP | -113.18 | -113.18 |
| Ind Short Term Disability | -28.52 | -28.52 |
| | -141.70 | -141.70 |

### Taxes

| | Current | YTD Amount |
|---|---|---|

| | Current | YTD Amount |
|---|---|---|
| Non-taxable Company Items | | |
| Simple IRA Co. Match-OP | 42.44 | 42.44 |