**SERENITY DAY SPA**                                                                                                                    5391

| Employee | | | | | SSN |  |  |
|---|---|---|---|---|---|---|---|
| Lisa M Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902 | | | | | ***-**-8644 | | |
| | | | | | Pay Period: 04/02/2022 - 04/15/2022 | Pay Date: 04/16/2022 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |  |  |  |
|---|---|---|---|---|---|---|---|
| Hourly | 33:08 | 16.00 | 530.13 | 2,894.70 | Net Pay | 1,415.50 | 9,628.79 |
| Commissions - Services | 1,534.00 | 1.00 | 1,534.00 | 11,067.63 | | | |
| Commissions - Product | | | 0.00 | 2.40 | Non-taxable Company Items | Current | YTD Amount |
| | 33:08 | | 2,064.13 | 13,964.73 | Simple IRA Co. Match-OP | 61.92 | 418.93 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple Pension Plan-OP | -165.13 | -1,117.18 |
| Ind Short Term Disability | -28.52 | -228.16 |
| | -193.65 | -1,345.34 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -16.00 |
| Local Withheld | -20.64 | -139.65 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -212.00 | -1,347.00 |
| Social Security Employee | -126.21 | -851.67 |
| Medicare Employee | -29.52 | -199.18 |
| PA - Withholding | -63.37 | -428.72 |
| PA - Unemployment Employee | -1.24 | -8.38 |
| | -454.98 | -2,990.60 |

SERENITY DAY SPA & WELLNESS CENTER, 64 EAST SWAMP ROAD, PA 18901

**SERENITY DAY SPA**  5329

Employee
Lisa M Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902

SSN
***-**-8644
Pay Period: 02/19/2022 - 03/04/2022                 Pay Date: 03/05/2022

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 26:04 | 15.00 | 391.00 | 1,772.50 |
| Commissions - Services | 1,300.00 | 1.00 | 1,300.00 | 6,585.13 |
| Commissions - Product |  |  | 0.00 | 2.40 |
|  | 26:04 |  | 1,691.00 | 8,360.03 |

Net Pay: 1,169.19    5,777.73

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Simple IRA Co. Match-OP | 50.73 | 250.79 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple Pension Plan-OP | -135.28 | -668.80 |
| Ind Short Term Disability | -28.52 | -142.60 |
|  | -163.80 | -811.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -10.00 |
| Local Withheld | -16.91 | -83.60 |
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | -159.00 | -787.00 |
| Social Security Employee | -103.07 | -509.48 |
| Medicare Employee | -24.10 | -119.15 |
| PA - Withholding | -51.91 | -256.65 |
| PA - Unemployment Employee | -1.02 | -5.02 |
|  | -358.01 | -1,770.90 |

SERENITY DAY SPA & WELLNESS CENTER, 64 EAST SWAMP ROAD, PA 18901

---



**SERENITY DAY SPA**  5348

Employee
Lisa M Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902

SSN
***-**-8644
Pay Period: 03/05/2022 - 03/18/2022                 Pay Date: 03/19/2022

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 4:44 | 15.00 | 71.00 | 1,843.50 |
| Commissions - Services | 1,390.50 | 1.00 | 1,390.50 | 7,975.63 |
| Commissions - Product |  |  | 0.00 | 2.40 |
|  | 4:44 |  | 1,461.50 | 9,821.53 |

Net Pay: 1,011.07    6,788.80

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Simple IRA Co. Match-OP | 43.85 | 294.64 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple Pension Plan-OP | -116.92 | -785.72 |
| Ind Short Term Disability | -28.52 | -171.12 |
|  | -145.44 | -956.84 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -12.00 |
| Local Withheld | -14.62 | -98.22 |
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | -133.00 | -920.00 |
| Social Security Employee | -88.85 | -598.33 |
| Medicare Employee | -20.78 | -139.93 |
| PA - Withholding | -44.87 | -301.52 |
| PA - Unemployment Employee | -0.87 | -5.89 |
|  | -304.99 | -2,075.89 |

SERENITY DAY SPA & WELLNESS CENTER, 64 EAST SWAMP ROAD, PA 18901

## SERENITY DAY SPA — 5293

**Employee:** Lisa M Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902
**SSN:** ***-**-8644
**Pay Period:** 01/22/2022 - 02/04/2022
**Pay Date:** 02/05/2022

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 27:20 | 15.00 | 410.00 | 903.25 |
| Commissions - Services | 1,265.13 | 1.00 | 1,265.13 | 3,798.63 |
|  | 27:20 |  | 1,675.13 | 4,701.88 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple Pension Plan-OP | -134.01 | -376.15 |
| Ind Short Term Disability | -28.52 | -85.56 |
|  | -162.53 | -461.71 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -6.00 |
| Local Withheld | -16.75 | -47.02 |
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | -157.00 | -435.00 |
| Social Security Employee | -102.09 | -286.21 |
| Medicare Employee | -23.88 | -66.94 |
| PA - Withholding | -51.43 | -144.35 |
| PA - Unemployment Employee | -1.00 | -2.82 |
|  | -354.15 | -988.34 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Simple IRA Co. Match-OP | 50.25 | 141.05 |

**Net Pay:** 1,158.45    3,251.83

SERENITY DAY SPA & WELLNESS CENTER, 64 EAST SWAMP ROAD, PA 18901

---

## SERENITY DAY SPA — 5312

**Employee:** Lisa M Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902
**SSN:** ***-**-8644
**Pay Period:** 02/05/2022 - 02/18/2022
**Pay Date:** 02/19/2022

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 31:53 | 15.00 | 478.25 | 1,381.50 |
| Commissions - Product | 2.40 | 1.00 | 2.40 | 2.40 |
| Commissions - Services | 1,486.50 | 1.00 | 1,486.50 | 5,285.13 |
|  | 31:53 |  | 1,967.15 | 6,669.03 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Simple Pension Plan-OP | -157.37 | -533.52 |
| Ind Short Term Disability | -28.52 | -114.08 |
|  | -185.89 | -647.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Local Services Tax | -2.00 | -8.00 |
| Local Withheld | -19.67 | -66.69 |
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | -193.00 | -628.00 |
| Social Security Employee | -120.20 | -406.41 |
| Medicare Employee | -28.11 | -95.05 |
| PA - Withholding | -60.39 | -204.74 |
| PA - Unemployment Employee | -1.18 | -4.00 |
|  | -424.55 | -1,412.89 |

**Net Pay:** 1,356.71    4,608.54

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Simple IRA Co. Match-OP | 59.01 | 200.06 |

SERENITY DAY SPA & WELLNESS CENTER, 64 EAST SWAMP ROAD, PA 18901