United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10982-elf

Lisa Santa Barbara     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 09, 2022 | Form ID: 155 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902-9057 |
| 14695744 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14688923 | + | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14684523 | + | Rothman, PO Box 412423, Boston, MA 02241-2423 |
| 14684525 | + | Young, Marr, Mallis & Deane, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14684510 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 09 2022 23:49:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14685872 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 09 2022 23:49:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14684512 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 09 2022 23:49:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14684511 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 09 2022 23:49:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14684514 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2022 23:58:45 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14684513 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2022 23:58:45 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14684516 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2022 23:58:54 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14684515 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2022 23:58:50 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14693824 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2022 23:58:49 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14684518 | | Email/Text: mrdiscen@discover.com | Aug 09 2022 23:49:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 14686868 | | Email/Text: mrdiscen@discover.com | Aug 09 2022 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 14684517 | + | Email/Text: mrdiscen@discover.com | Aug 09 2022 23:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14684519 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 09 2022 23:49:00 | KeyBank, Attn: Bankruptcy, Oh-01-51-0622 4910 Tiedman Rd., Brooklyn, OH 44144-2338 |
| 14684520 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 09 2022 23:49:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14684521 | | Email/Text: camanagement@mtb.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 09, 2022 | Form ID: 155 | Total Noticed: 22 |

| | | Aug 09 2022 23:49:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
|---|---|---|---|
| 14684522 | Email/Text: camanagement@mtb.com | Aug 09 2022 23:49:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 14694203 | Email/Text: camanagement@mtb.com | Aug 09 2022 23:49:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14684524 | | Sister |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2022      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Lisa Santa Barbara support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Lisa Santa Barbara
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−10982−elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this August 9, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

19
Form 155