Certificate Number: 03621-PAE-DE-036505741

Bankruptcy Case Number: 22-10982



03621-PAE-DE-036505741

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 27, 2022, at 1:29 o'clock PM EDT, Lisa Santa Barbara completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    April 27, 2022                    By:    /s/Mike Fannelle

Name:    Mike Fannelle

Title:    Counselor