United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10982-pmm |
| Lisa Santa Barbara | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 23, 2025 | Form ID: 138OBJ | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Santa Barbara, 5021 Rebecca Fell Drive, Doylestown, PA 18902-9057 |
| 14684523 | + | Rothman, PO Box 412423, Boston, MA 02241-2423 |
| 14684525 | + | Young, Marr, Mallis & Deane, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 24 2025 00:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14684510 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 24 2025 00:36:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14685872 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 24 2025 00:36:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14684512 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2025 00:35:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14684511 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2025 00:35:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14695744 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2025 00:35:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14684514 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 00:40:46 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14684513 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 01:30:02 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14684516 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 00:41:17 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14684515 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 01:30:02 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14693824 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 00:40:10 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14684518 | | Email/Text: mrdiscen@discover.com | May 24 2025 00:35:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 14686868 | | Email/Text: mrdiscen@discover.com | May 24 2025 00:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |

Case 22-10982-pmm    Doc 30    Filed 05/25/25    Entered 05/26/25 00:35:40    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: 138OBJ | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14684517 | + | Email/Text: mrdiscen@discover.com | May 24 2025 00:35:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14684519 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 24 2025 00:36:00 | KeyBank, Attn: Bankruptcy, Oh-01-51-0622 4910 Tiedman Rd., Brooklyn, OH 44144-2338 |
| 14684520 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 24 2025 00:36:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14684521 | | Email/Text: camanagement@mtb.com | May 24 2025 00:36:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14684522 | | Email/Text: camanagement@mtb.com | May 24 2025 00:36:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 14694203 | | Email/Text: camanagement@mtb.com | May 24 2025 00:36:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14688923 | ^ | MEBN | May 24 2025 00:22:25 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14684524 | | Sister |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Lisa Santa Barbara support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2        User: admin        Page 3 of 3
Date Rcvd: May 23, 2025        Form ID: 138OBJ        Total Noticed: 24
TOTAL: 5

*Form 138OBJ* (6/24)−doc 29 − 28

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Lisa Santa Barbara<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22−10982−pmm<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 23, 2025
                                                                               For The Court

                                                                               Timothy B. McGrath
                                                                               Clerk of Court